**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR NOORPARVAR , et al.<br><br>        Plaintiff(s),<br><br>   v.<br><br>PAYPAL, INC.<br><br><br>        Defendant(s). | CASE NO:<br>2:14−cv−08280−FMO−AS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>30</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: March 19, 2015

                               */s/ Fernando M. Olguin*
                               Fernando M. Olguin
                               United States District Judge